IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MOISES RIVERA,<br><br>    Defendant.<br>_____/ | No. CR 01-419 CRB<br>    C 07-01521 CRB<br><br>**ORDER** |

Now pending before the Court is defendant Moises Rivera's motion pursuant to 28 U.S.C. section 2255. Rivera alleges only that his "attorney, Nina Wilder, was ineffective for filing a direct appeal on my behalf." Before the Court can respond to defendant's motion, or ask the government to file a response, Rivera must provide more information about his claim. In particular, he must specifically set forth why he believes his counsel was constitutionally ineffective for filing an appeal. The reasons for his claim are not self evident since, as a result of his appeal, Rivera's sentence was reduced from 151 months to 121 months. If Rivera wishes to prosecute this section 2255 motion he must file a more detailed statement about his claim on or before April 20, 2007.

**IT IS SO ORDERED.**

Dated: March 22, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\0419cr\rivera2255no.1.wpd